UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LARRY JEROME JENKINS,
    Petitioner,

vs.                                        Case No.: 5:23cv101/TKW/ZCB

STATE OF FLORIDA,
    Respondent.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 4). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this Court lacks jurisdiction to extend the one-year limitation period for filing a habeas petition under 28 U.S.C. §2254 before a petition is filed. *See Swichkow v. United States*, 565 F. App'x 840, 844 (11th Cir. 2014). Accordingly, it is

    **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    This case is **DISMISSED without prejudice** for lack of jurisdiction.

3. The Clerk of Court shall enter judgment in accordance with this Order and close the case.

**DONE and ORDERED** this 15th day of May, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**